# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Jason Lussier, Plaintiff,

v.

Detective Scott Edwards, in his individual and official capacity;

City of Anaheim / Anaheim Police Department, Defendants.



FILED

CLERK, U.S. DISTRICT COURT

05/28/2025

CENTRAL DISTRICT OF CALIFORNIA

BY _____ EC _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Case Number: 8:25-cv-01173-RGK-SP

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

42 U.S.C. § 1983; ADA; Section 504 of the Rehabilitation Act

DEMAND FOR JURY TRIAL

## I. JURISDICTION AND VENUE
This action arises under the Constitution and laws of the United States...

## II. PARTIES
Plaintiff is Jason Lussier...

## III. FACTUAL ALLEGATIONS
May 28, 2025

## IV. CLAIMS FOR RELIEF (Updated)

### Count 1: Denial of Due Process (42 U.S.C. § 1983)
Defendants, under color of law, deprived Plaintiff of due process guaranteed by the Fourteenth Amendment by refusing to investigate, protect, or intervene despite repeated reports of stalking, threats, domestic violence, and the unlawful taking of Plaintiff's registered service animal.

### Count 2: Discrimination on the Basis of Disability (ADA Title II and Section 504 of the Rehabilitation Act)
The Anaheim Police Department and its agents failed to make reasonable accommodations and protect Plaintiff, a disabled person relying on a

**psychiatric service animal, thereby violating Title II of the Americans with Disabilities Act (42 U.S.C. § 12132) and Section 504 of the Rehabilitation Act (29 U.S.C. § 794).**

**Count 3: Violation of California Civil Code § 52.1 (Bane Act)**
**Defendants, by failing to act on reports of ongoing threats and harm, interfered with Plaintiff's civil rights through coercion and deliberate indifference, violating the Bane Act.**

**Count 4: Violations of California Penal Code**
**The underlying conduct includes serious crimes under California law, including:**
**- Penal Code § 646.9 – Stalking**
**- Penal Code § 273.5 – Domestic violence**
**- Penal Code § 422 – Criminal threats**
**- Penal Code § 597.6 – Abuse or interference with a service animal**
**- Penal Code § 147/149 – Abuse and misconduct by public officers**

**Defendants' deliberate failure to respond to these violations constitutes gross negligence and misconduct under both state and federal law.**

Count 1: Denial of Due Process...

## V. PRAYER FOR RELIEF
A. Compensatory damages...
B. Punitive damages...

## VI. DEMAND FOR JURY TRIAL
Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Jason Lussier
175 S. Rio Vista St. #142, Anaheim, CA 92806
515-865-4343
silver.templar00@gmail.com
Pro Se Plaintiff